

## Supreme Court of Missouri
en banc

June 20, 2023

In re: Allison Greer Kort,    )
                              )
        Respondent.           )   Supreme Court No. SC100127
                              )   MBE # 70512

### ORDER

      The Chief Disciplinary Counsel has filed an information and motion for interim suspension pursuant to Rule 5.24 alleging there is sufficient evidence to demonstrate probable cause that Respondent, Allison Greer Kort, is guilty of multiple instances of professional misconduct in violation of Supreme Court Rule 4.
      This Court now being fully advised of and concerning the premises finds probable cause exists that Respondent is guilty of multiple instances of professional misconduct and poses a substantial threat of irreparable harm to the public and to the integrity of the profession.
      Now, therefore, it is ordered that Respondent, hereby is immediately suspended from the practice of law pursuant to Rule 5.24.
      It is further ordered that Respondent comply in all respects with Rule 5.27 – Procedure Following a Disbarment or Suspension Order.
      Costs taxed to Respondent.

Day - to – Day

_____
Paul C. Wilson
Chief Justice

STATE OF MISSOURI – SCT.:

    I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 21st day of June, 2022, as fully as the same appears of record in my office.

    IN TESTIMONY WHEREOF, *I have hereunto set my hand and affixed the seal of said Supreme Court.  Done at office in the City of Jefferson, State aforesaid, this 2ast day of June, 2022.*

_____, Clerk

_____, Deputy Clerk

OFFICE OF CHIEF DISCIPLINARY COUNSEL 

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

June 28, 2023

In re:  Allison Greer Kort
MBE #70512
PO Box 410544
Kansas City, Missouri 64141

Enclosed Order of the Missouri Supreme Court dated June 21, 2023. **The effective date of this order is July 6, 2023.**