UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: the Disciplinary Matter of Allison Greer Kort<br><br>Respondent. | Case No.: 2:23-da-00205-JAR-KHV-JWL<br>District Judge Julie A. Robinson |

**NOTICE AND ORDER TO SHOW CAUSE**

**TO THE ABOVE-NAMED ATTORNEY:**

There having been lodged in this Court a certified or exemplified copy of a judgment and order of the Supreme Court of Missouri, filed June 20, 2023, (effective July 6, 2023) in Bar Docket No.SC100127, a copy of which is attached, it is,

**ORDERED, that**

   1. Within thirty (30) days after service upon you of this Order, you inform the Disciplinary Panel of any claim you may have predicated upon the grounds set forth in Rule 83.6.4(d) of the Rules of this Court that the imposition of similar discipline by this Court would be unwarranted and the reasons supporting your claim;

   2. Your response to this order shall be written and shall be filed with the Clerk in a sealed envelope, marked "Confidential" and addressed to the Disciplinary Panel, care of the Clerk at the Kansas City Office of the Clerk;

   3. Upon receipt of your response the matter will be set for disposition as ordered by the Panel;

   4. If you fail to file a timely response, judgment of the Court will be entered imposing upon

you discipline substantially similar to that imposed by The Supreme Court of the State of Kansas.

Dated:  July 17, 2023.

BY ORDER OF THE COURT

s/ Skyler B. O'Hara, Clerk